Patricia A. Velayas &
Ronald T. Velayas

   Plaintiffs

      vs.                                Case No. 10-407-GPM-DGW

United States

   Defendant



FILED
JUN 01 2010
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
EAST ST. LOUIS OFFICE

## COMPLAINT

   Plaintiffs, Patricia Velayas and Ron Velayas, pro se, state that the I.R.S.'s denial of their refund claim for the tax year 2000 is not supported by current law. Also that the I.R.S.'s determination was made on facts added to their case that were not true.

   Plaintiffs state that:
   1. They filed their claim within 3 years of             exhibit-A
      filing their return, thus satisfying the             exhibit-B
      Statute of Limitations in IRC 301-6511{a}.           exhibit-c
   2. They are claiming money paid to the IRS
      less than 3 years before the filing of              exhibit-B
      their claim and thus satisfying the Statute         exhibit-C
      of Limitations in IRC 301-6511{b}{2}{A}.
   3. The Appeals Officer continually quoted
      Statutes only pertaining to cases involving         exhibit-F
      prepaid taxes. Plaintiffs are not claiming          exhibit-G
      prepaid taxes.
   4. They received a letter from the new Chicago
      Appeals Team Leader, James Sutton, stating          exhibit-D
      that they are "entitled to consideration
      for the refund shown on the amended
      return".
   5. Their tax payment for the year 2000 on 12/5/2005
      was not from an overpayment of 2001 taxes.          exhibit-H
   6. That the amount of their claim is $16,594, not     exhibit-A
      $5266 as claimed by the I.R.S.                     exhibit-I
   7. Plaintiffs also claim that their
      "Injured Spouse Claim" should be reconsidered,
      because it was denied when the refund claim        exhibit-E
      was denied.

    Plaintiffs ask for a judgment in their favor of $16,594 plus all interest and fees that accompany this overpayment.

*Patricia Velayas*

*Ronald Velayas*

## **Plaintiffs**

Patricia A. Velayas &
Ronald T. Velayas

## **Address:**

212 N. Main St.
Woodlawn, IL.
62898

## **Phone:**

(618) 316-0305
(618) 316-0682